*ner Pyne* for respondent.

No. 401. Pittsburgh & West. Virginia R. Co. *v.* Wheeling & Lake Erie R. Co. et al. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. C. F. Taplin* for petitioner. *Messrs. Wm. H. Boyd, Andrew P. Martin, H. H. McKeehan,* and *George W. Cottrell* for respondents.

No. 357. Chinnis *v.* United States. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Samuel T. Ansell* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *M. C. Masterson* for the United States.

No. 386. Albrecht et al. *v.* Lohse et al. October 21, 1929. Petition for writ of certiorari to the Appellate Court of Illinois denied. *Mr. George A. Lytle* for petitioners. No appearance for respondents.

No. 387. Pearson et al. *v.* Higgins, Trustee. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George D. Collins* for petitioners. No appearance for respondent.

No. 391. Fukunaga *v.* Hawaii. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Eric Lyders*